UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE: LILLY JOSEPHINE REAL                     Bankruptcy Case No.: **16-bk-3913-JAF**

_____

**FRANK E. POLO, SR.**,

    Appellant,

v.                                                                      Case No.:   **20-cv-429-J-39**

**LILLY J. REAL**,

    Appellee,
_____/

## MOTION TO DISMISS APPEAL AS UNTIMELY

    The Appellee, LILLY REAL, moves the court to dismiss this appeal and as grounds therefore would state:

    1.  On March 16, 2020, the Bankruptcy Court entered its order on remand. Eighteen days later, on April 3, 2020 Appellant filed his notice of appeal in the bankruptcy court, appealing the order on remand.

    2.  Pursuant to Bankruptcy Rule 8002 (a)(1), "a notice of appeal must be filed with the bankruptcy clerk within 14 days after entry of the judgment, order, or decree being appealed."

    WHEREFORE, Appellee moves the court to dismiss this appeal.

## CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to his regular place of business: Frank E. Polo, 1475 SW 8th Street, Apt. 411, Miami, FL 33135 and 9619 Fontainebleau Blvd., Apt. 317, Miami, FL 33172, by regular U.S. Mail this 10th day of July, 2020.

          /s/ Edward P. Jackson
          EDWARD P. JACKSON
          Attorney for Appellee
          255 N. Liberty Street, First Floor
          Jacksonville, FL 32202
          (904) 358-1952 VOICE
          (904) 358-1288 FAX
          Florida Bar #286648