UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FRANK E. POLO, SR.,

    Appellant,

v.                                                                           Case No. 3:20-cv-429-J-39

LILLY JOSEPHINE REAL,

    Appellee.
_____/

## O R D E R

**THIS CAUSE** is before the Court on Appellant's Motion to Appeal *in Forma Pauperis* (Docs. 18 and 19). Federal Rule of Appellate Procedure 24(a)(1) requires the party requesting to proceed *in forma pauperis* on appeal to file a motion in the district court. See also 28 U.S.C. 1915(a)(1) (requiring a person who seeks to appeal a case *in forma pauperis* to include an affidavit describing "the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress"). Additionally, the motion to proceed *in forma pauperis* must include a financial affidavit as provided in Form 4 of the Appendix of Forms to the Federal Rules of Appellate Procedure. Fed. R. App. P. 24(a)(1)(A). An appeal is not taken in good faith where the appellant fails to articulate a basis for the appeal. Madura v. Lakebridge Condo. Ass'n, Inc., No. 8:07CV02274-T-17EAJ, 2009 WL 1659444, at *2 (M.D. Fla. June 15, 2009). When the basis of an appeal is given, the Court looks to "whether, objectively speaking, there is any non-frivolous issue to be litigated on appeal." Knight v. Lane, No. CA 08-0301-KD-C, 2010 WL 1487806, at *2 (S.D. Ala. Apr. 7, 2010) (internal quotations and citations omitted) report and recommendation adopted, No. CIVA 08-0301-KD-C, 2010 WL 1487275 (S.D. Ala. Apr. 13,

2010). If there are not any non-frivolous issues to be litigated on appeal, then the appeal is also not taken in good faith. Id.

Appellant provided his financial information and a basis for this appeal. The Court thoroughly analyzed and discussed this case before its dismissal—both in its order of dismissal (Doc. 16) and in the previous bankruptcy appeal. The pertinent issues having been fully addressed in the Court's prior orders, this Court cannot now find that, objectively speaking, there are any non-frivolous issues to be litigated on appeal.

Accordingly, after due consideration, it is

**ORDERED:**

1. Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that this appeal is not taken in good faith.

2. Appellant's Motion to Appeal *in Forma Pauperis* (Docs. 18 and 19) is **DENIED**.

3. The Clerk of Court is directed to **immediately** notify the parties and the United States Court of Appeals for the Eleventh Circuit that Appellant's appeal is not taken in good faith.

4. Appellant shall pay the applicable appellate docketing and filing fees within thirty (30) days of the date of this Order or move to proceed *in forma pauperis* before the Eleventh Circuit Court of Appeals.

**DONE** and **ORDERED** in Jacksonville, Florida this  *2nd*  day of September, 2020.

_____
BRIAN J. DAVIS
United States District Judge

2
Copies furnished to:

Counsel of Record
Unrepresented Parties